No. 80–896. AVNET *v.* AVNET   Ct. Sp. App. Md.   Certiorari denied.

No. 80–908.   VILLAGE OF HOFFMAN ESTATES *v.* VILLAGE OF BARRINGTON HILLS ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 80–5445.   MARSHALL *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 80–5452.   LACY *v.* LOCAL 287, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 80–5467.   CORNELL *v.* IOWA.   C. A. 8th Cir.   Certiorari denied.

No. 80–5468.   GENTRY *v.* UTAH.   Sup. Ct. Utah.   Certiorari denied.

No. 80–5472.   COLLINS *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 80–5490.   FLEMISTER *v.* JOHNSON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 80–5525.   MAZUS *v.* DEPARTMENT OF TRANSPORTATION OF PENNSYLVANIA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 80–5548.   GALVEZ-DIAZ *v.* MCCARTHY, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 80–5573.   CUTHBERTSON ET AL. *v.* CBS, INC.   C. A. 3d Cir.   Certiorari denied.

No. 80–5578.   PEISTER *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 80–5581.   STEELE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.